ORIGINAL       FID # 10589137

# United States District Court
## NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

v.

Mital Y. Patel

**WARRANT FOR ARREST**
AGENT TO ARREST

Case Number: 1:18-MJ-493 JKL

TO:   The United States Marshal
      and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Mital Y. Patel

and bring him or her forthwith to the nearest magistrate judge to answer a **COMPLAINT** charging him or her with: assaulting and intimidating flight crew members and flight attendants of an aircraft, and interfering with the performance of the duties of the flight crew members and flight attendants

in violation of 49, United States Code, Section(s) 46504.

JOHN K. LARKINS III
Name of Issuing Officer

*/s/ John K. Larkins III*
Signature of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

May 24, 2018
Atlanta, Georgia
Date and Location

Bail Fixed at $_____   by_____
                                          Name of Judicial Officer

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JUN 1 1 2018

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at: FBI

Date Received: 5-24-19

Date of Arrest: 5-24-19

DD Alexander, S/A
Name and Title of Arresting Officer

_____
Signature of Arresting Officer

# 71664-019

**ORIGINAL**

FID # 10589137

# United States District Court
## NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **WARRANT FOR ARREST** |
| v. | AGENT TO ARREST |
| Mital Y. Patel | Case Number: 1:18-MJ-493 |

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Mital Y. Patel

and bring him or her forthwith to the nearest magistrate judge to answer a **COMPLAINT** charging him or her with: assaulting and intimidating flight crew members and flight attendants of an aircraft, and interfering with the performance of the duties of the flight crew members and flight attendants

in violation of 49, United States Code, Section(s) 46504.

| | |
|---|---|
| JOHN K. LARKINS III | United States Magistrate Judge |
| Name of Issuing Officer | Title of Issuing Officer |
| *(signature)* | May 24, 2018 |
| Signature of Issuing Officer | Atlanta, Georgia |
| | Date and Location |
| Bail Fixed at $_____ | by *(signature)* |
| | Name of Judicial Officer |

---

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at:

Date Received: 5/24/2018     D D Alexander SA
                             Name and Title of Arresting Officer

Date of Arrest: 5/28/2018    *(signature)*
                             Signature of Arresting Officer